UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00015 |
| | ) | JUDGE SHARP |
| TAURUS LAMONTE BOOKER | ) | |

**O R D E R**

Pending before the Court is the Government's Motion to Set Status Conference (Docket No. 32) on Defendant's letter (Docket No. 32) requesting new counsel to be appointed for him

The motion is GRANTED and a status conference in this matter is hereby scheduled for Monday, November 18, 2013, at 3:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE