UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00015 |
| ) | CHIEF JUDGE SHARP |
| TAURUS LAMONTE BOOKER ) | |

## MOTION TO AMEND INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, with the agreement of defense counsel, respectfully moves the Court to amend the drug listed in Counts Three and Five of the indictment filed in the case as follows: 3,4-Methylendedioxymethcathinone (Methylone) in place of 3,4-Methylenedioxymethamphetamine (MDMA). Of note, both substances are Schedule I controlled substances. The indictment should otherwise remain the same.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

BY: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded, via hand delivery, to Jerry Gonzalez, Attorney for Defendant, on the 9th day of October, 2014.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney