UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00015 |
| ) | JUDGE SHARP |
| TAURUS LAMONTE BOOKER ) | |

## O R D E R

Pending before the Court is Defendant's SEALED MOTION (Docket No. 66).

The motion is GRANTED and the sentencing hearing scheduled for March 27, 2015, is hereby rescheduled for Monday, May 18, 2015, at 3:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE