UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00015 |
| ) | JUDGE SHARP |
| TAURUS LAMONTE BOOKER ) | |

## O R D E R

Pending before the Court is Defendant's SEALED MOTION (Docket No. 80) to which there is no opposition.

The motion is GRANTED and the sentencing hearing scheduled for September 28, 2015, is hereby rescheduled for Friday, January 8, 2016, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE