UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00015 |
| ) | JUDGE SHARP |
| TAURUS LAMONTE BOOKER ) | |

## O R D E R

Pending before the Court is Defendant's SEALED MOTION (Docket No. 84) to which there is no opposition.

The motion is GRANTED and the sentencing hearing scheduled for January 8, 2016, is hereby rescheduled for Friday, March 11, 2016, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE